# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JOEL AARON SILBERMANN, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No.  RWT-15-2307 |
| DEE ADETUTU AKIMBAYO, | * | |
| Defendant. | * | |

\*\*\*

## MEMORANDUM OPINION

On October 6, 2015, the Court granted Joel Aaron Silbermann, a self-represented plaintiff, fourteen days to supplement the Complaint and granted his Motion for Leave to Proceed in Forma Pauperis. ECF No. 3.  He was alerted that although self-represented pleadings are accorded liberal construction by the Court, a clear failure to allege facts which set forth a cognizable claim cannot be ignored, *see Weller v. Dep't of Soc. Servs*., 901 F.2d 387, 391 (4th Cir. 1990), and advised that failure to comply may result in dismissal of the Complaint without prejudice.

On October 15, 2015, the Order directing Silbermann to supplement the Complaint was returned to the Clerk with the notation as "unclaimed" and "unable to forward."  ECF 4.  The Clerk resent the Order to Silberman on October 21, 2015, after noting the earlier mailing was sent to the wrong address. The mailing showing the correct address has not been returned to the Clerk.

To date, Silbermann has failed to supplement the Complaint.  The period to supplement has long expired. Accordingly, the Court deems it appropriate to dismiss this case without prejudice.  A separate Order reflecting this Memorandum Opinion follows.

December 1, 2015  /s/
Date  ROGER W. TITUS
UNITED STATES DISTRICT JUDGE